IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT W. CLAUNCH** § | | **PLAINTIFF** |
| § | | |
| § | | |
| **V.** § | Civil No. 1:12CV85-HSO-RHW | |
| § | | |
| § | | |
| **BANK OF AMERICA CORPORATION** § | | |
| **and FIA CARD SERVICES, N.A.** § | | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion for Summary Judgment [43] and Supplemental Motion for Summary Judgment [48] filed by Defendants Bank of America Corporation and FIA Card Services, N.A., on April 15, 2014, and May 6, 2014.  The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 18th day of August, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE